Kathryn S. Landman, State Bar No. 260465
Laura M. Mazza, State Bar No. 259133
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA  94404
Telephone:  (650) 378-1472
Fax: (650) 763-3933
info@landmanmazza.com

Attorneys for Plaintiff
AMANDA ARCHULETA

David S. Wilson, III, Bar No. 174185
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4656
Facsimile:   (949) 862-4605
dswilson@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ARCHULETA, an individual, | Case No. CV 12-3614 RS |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR MEDIATION AND [PROPOSED] ORDER** |
| FEDERAL EXPRESS CORPORATION, a corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

-2-

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that the Court extend the deadline for the parties to complete mediation to March 29, 2013.  The case just had a mediator appointed by the Court on February 15, 2013, and the mediation has now been scheduled for March 26, 2013.

Date:   February 21, 2013                    LANDMAN & MAZZA LLP

                                                          /s/ Kathryn S. Landman
                                                         Attorneys for Plaintiff
                                                          Amanda Archuleta

Date:   February 21, 2013                    FEDERAL EXPRESS CORPORATION

                                                          /s/ David S. Wilson, III
                                                          Attorney for Defendant
                                                          Federal Express Corporation

-3-

# [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing therefor, the mediation deadline is hereby extended to March 29, 2013.

IT IS SO ORDERED.

Dated:   February 21, 2013          By: _____
                                         Richard Seeborg
                                         United States District Judge