1  David S. Wilson, III, Bar No. 174185
   Emily C. Pera, Bar No. 290445
2  FEDERAL EXPRESS CORPORATION
   2601 Main Street, Suite 340
3  Irvine, California 92614
   Telephone: (949) 862-4585
4  Facsimile: (949) 862-4605
   emily.pera@fedex.com
5
   Attorneys for Defendant
6  FEDERAL EXPRESS CORPORATION

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT (SAN FRANCISCO)
10

11 | AMANDA ARCHULETA, an         | Case No. CV-12-3614 RS
   | individual,
12 |                              | **ORDER TO STAY DEADLINES
   |         Plaintiff,           | PENDING SETTLEMENT
13 |                              | CONFERENCE AS MODIFIED BY
   | v.                           | THE COURT**
14 |
   | FEDERAL EXPRESS
15 | CORPORATION, a corporation,
   | and DOES 1-50, inclusive,    | Complaint Filed: June 6, 2012
16 |                              | Trial Date: March 10, 2014
   |         Defendants.
17

18

19      All of the parties to the above-captioned action having so stipulated, and GOOD

20 CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

21           The Stipulation to Stay Deadlines Pending Settlement Conference

22 is made an Order of this Court, and the remaining case deadlines be stayed pending

23 the upcoming settlement conference.

24           In the event the parties are unable to settle, they request the

25 opportunity to propose new deadlines at that point that will allow for a reasonable

26 amount of time for completion of discovery and the briefing of pretrial motions prior

27 to any hearing.

28           Further Case Management Conference set for December 19, 2013

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1020684 (60-13835)                    1
                        [PROPOSED] ORDER to Stay Deadlines Pending Settlement Conference
                                                                    CV-12-3614 RS

at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

/////

/////

**IT IS SO ORDERED.**

DATED: 10/10/13

By: _____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1020684 (60-13835)

2
[PROPOSED] ORDER to Stay Deadlines Pending Settlement Conference
CV-12-3614 RS