David S. Wilson, III, Bar No. 174185
Emily C. Pera, Bar No. 290445
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4585
Facsimile:  (949) 862-4605
emily.pera@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| AMANDA ARCHULETA, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. CV-12-3614 RS<br><br>**ORDER TO STAY DEADLINES PENDING SETTLEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>Complaint Filed: June 6, 2012<br>Trial Date: March 10, 2014 |

All of the parties to the above-captioned action having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Stipulation to Stay Deadlines Pending Settlement Conference is made an Order of this Court, and the remaining case deadlines be stayed pending the upcoming settlement conference.

In the event the parties are unable to settle, they request the opportunity to propose new deadlines at that point that will allow for a reasonable amount of time for completion of discovery and the briefing of pretrial motions prior to any hearing.

Further Case Management Conference set for December 19, 2013

1020684 (60-13835)             1
[PROPOSED] ORDER to Stay Deadlines Pending Settlement Conference
CV-12-3614 RS
FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

/////

/////

**IT IS SO ORDERED.**

DATED: 10/10/13

By: _____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

1020684 (60-13835)

2

[PROPOSED] ORDER to Stay Deadlines Pending Settlement Conference
CV-12-3614 RS

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614