1  Kathryn Landman Bain, State Bar No. 260465
   Laura M. Mazza, State Bar No. 259133
2  LANDMAN & MAZZA LLP
   951 Mariners Island Blvd., Ste. 300
3  San Mateo, CA  94404
   Telephone:  (650) 378-1472
4  Fax: (650) 763-3933
5  info@landmanmazza.com

6  Attorneys for Plaintiff
   AMANDA ARCHULETA
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 AMANDA ARCHULETA, an individual,        Case No. CV 12-3614 RS

12              Plaintiff,
                                           **STIPULATION AND REQUEST FOR**
13       vs.                               **DISMISSAL OF ENTIRE ACTION AND**
                                           **[PROPOSED] ORDER**
14
   FEDERAL EXPRESS CORPORATION, a
15 corporation, and DOES 1-50, inclusive,

16              Defendants.

-2-

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement, and Plaintiff cannot be considered the prevailing party in this matter.

Date:  December 20, 2013             LANDMAN & MAZZA LLP

                                                     /s/
                                        Kathryn Landman Bain
                                        Attorneys for Plaintiff Amanda Archuleta

Date:  December 20, 2013             FEDERAL EXPRESS CORPORATION

                                                     /s/
                                        Emily C. Pera
                                        Attorneys for Defendant Federal Express Corporation

-3-

# [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, and Plaintiff cannot be considered the prevailing party in this matter.

IT IS SO ORDERED.

Dated:   December 20 , 2013

U.S. DISTRICT JUDGE