1  Kathryn Landman Bain, State Bar No. 260465
   Laura M. Mazza, State Bar No. 259133
2  LANDMAN & MAZZA LLP
   951 Mariners Island Blvd., Ste. 300
3  San Mateo, CA  94404
   Telephone:  (650) 378-1472
4  Fax: (650) 763-3933
   info@landmanmazza.com
5
6  Attorneys for Plaintiff
   AMANDA ARCHULETA
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 AMANDA ARCHULETA, an individual,          Case No. CV 12-3614 RS

12            Plaintiff,

13      vs.                                   **STIPULATION AND REQUEST FOR
                                              DISMISSAL OF ENTIRE ACTION AND
14                                            [~~PROPOSED~~] ORDER**

15 FEDERAL EXPRESS CORPORATION, a
   corporation, and DOES 1-50, inclusive,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

-1-

STIPULATION AND REQUEST FOR                              Case No. CV 12-3614 RS
DISMISSAL OF ENTIRE ACTION

-2-

1    IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through

2    their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side

3    bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement

4    agreement, and Plaintiff cannot be considered the prevailing party in this matter.

5

6

7    Date:   December 20, 2013                    LANDMAN & MAZZA LLP

8
                                                  _____/s/_____
9                                                  Kathryn Landman Bain
                                                   Attorneys for Plaintiff Amanda Archuleta
10

11

12   Date:   December 20, 2013                    FEDERAL EXPRESS CORPORATION

13
                                                  _____/s/_____
14                                                 Emily C. Pera
                                                   Attorneys for Defendant Federal Express
15                                                 Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR                                    Case No. CV 12-3614 RS
DISMISSAL OF ENTIRE ACTION

-3-

## [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED

WITH PREJUDICE, each side bearing its own costs and attorneys' fees, and Plaintiff cannot be

considered the prevailing party in this matter.


IT IS SO ORDERED.

Dated:   December 20 , 2013

U.S. DISTRICT JUDGE

STIPULATION AND REQUEST FOR
DISMISSAL OF ENTIRE ACTION

Case No. CV 12-3614 RS